# United States Court of Appeals
## For the First Circuit
_____

No. 99-1429

DWIGHT W. MATTIS,

Petitioner, Appellant,

v.

JANET RENO, ATTORNEY GENERAL
OF THE UNITED STATES, ET AL.,

Respondents, Appellees.


_____

ERRATA SHEET

The opinion of this Court issued on May 8, 2000, is amended as follows:

1) On page 9 n.9, line 4, delete:

"It is worth noting"

and replace it with:

"It is arguable"

2) On page 9 n.9, at the end of the footnote, add:

"We do not decide the question."

3) On page 21, line 17, delete:

", for two reasons"

4) On page 21, line 18, between "First," and "Mattis" insert:

"there is a strong argument that"

5) On page 22, line 17, at the end, add:

"But we need not ultimately decide the waiver question because the reasons expressed below resolve the matter against Mattis."

6) On page 22, line 18, delete:

"In addition,"

and change "there" to "There"